UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Jose L. Linares |
| v. | Crim. No. 08-198 |
| MERLINHG ALCANTARA, a/k/a, "Melvin Alcantara" | 18 U.S.C. § 371, 472 and 2 |
| | ORDER FOR CONTINUANCE |

This matter having come before the Court on the joint application of Christopher Christie, United States Attorney for the District of New Jersey (by Erez Liebermann, Assistant U.S. Attorney, appearing), and defendant Merlinhg Alcantara (by Marc A. Calello, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter for a period of ninety (90) days, and the defendant being aware that he has the right to have the matter brought to trial within seventy (70) days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and the defendant, through his attorney, having waived such rights and consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations currently are in progress, and both the United States and the defendant desire additional time to finalize a plea agreement, which would thereby render any subsequent trial of this matter unnecessary;

2. Defendant has consented to the aforementioned continuance;

3. The grant of a continuance will likely conserve judicial resources; and

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 6th day of June, 2008,

ORDERED, that the proceedings scheduled in the above-captioned matter are continued for a period of ninety (60) days from June 28, 2008 to August 27, 2008; and

IT IS FURTHER ORDERED that the period between June 28, 2008 to August 27, 2008 shall be excludable in computing time under the Speedy Trial Act of 1974.

HON. JOSE L. LINARES
United States District Judge

Counsel for the Defendant
Marc A. Calello, Esq.

/s Erez Liebermann
Assistant U.S. Attorney
Erez Liebermann