RALPH J. MARRA, JR.
Acting United States Attorney
Acting United States Attorney
970 Broad Street, Room 700
Newark, New Jersey 07102
(973) 645-2736
FLU:KCPB

September 8, 2009

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Hon. Jose L. Linares |
| PLAINTIFF, | : | CRIMINAL NO. 08-198 |
| v. | : | |
| MERLINHG ALCANTARA, | : | ORDER |
| DEFENDANT. | : | |

This matter having been opened to the Court by the U.S. Attorney for the District of New Jersey, on behalf of plaintiff United States of America, and for good cause shown,

It is on this 10th day of September 2009;

ORDERED that the Application and Order for Writ of Garnishment in this matter is hereby WITHDRAWN.

_____
HONORABLE JOSE L. LINARES
JUDGE, U.S. DISTRICT COURT